# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTINE M. McKAY,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

C18-319 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 9, is GRANTED. Plaintiff shall electronically file her amended complaint within fourteen (14) days of the date of this Minute Order.

(2) The parties are DIRECTED to file a Joint Status Report by June 29, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk