UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE M. McKAY,

        Plaintiff,

  v.

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

C18-319 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) The parties' stipulated motion, docket no. 23, is GRANTED, and defendant is granted leave to electronically file an amended answer within seven (7) days of the date of this Minute Order. Defendant's motion for leave to amend its answer, docket no. 21, is STRICKEN as moot.

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 6th day of November, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1